UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Wilson Moore, Jr.,

Plaintiff,

Civil 00-2466(RHK/SRN)

vs.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Ford Motor Company,

Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated April 16, 1997, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: November 8, 2000

RICHARD H. KYLE
United States District Judge

FILED NOV 08 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

00-2466JMR/SRN
Moore, Jr. vs. Ford Motor

The above-case has been re-assigned to Judge James M. Rosenbaum, but still referred to Magistrate Judge Susan R. Nelson. Please refer to the above file number when submitting future filings.