UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Wilson Moore, Jr.

Plaintiff,

vs.

Ford Motor Company,

Defendant.

Civil Case No.:00-2466 (JMR/SRN)

**ORDER ALLOWING SERVICE AND FILING OF AMENDED COMPLAINT**

Pursuant to the parties' Stipulation For Service of an Amended Complaint under Rule 15(a) of the Federal Rules of Civil Procedure, it is hereby Ordered that Plaintiff Moore may serve and file the Amended Complaint identified in said Stipulation and that Defendant Ford shall have up to and including thirty (30) days from the date this Stipulation is filed to answer or otherwise respond to the Amended Complaint. The Stipulation shall not constitute a waiver of any defenses Defendant Ford may have to the Amended Complaint.

Dated: May 30, 2001

Susan Richard Nelson
The Honorable Susan Richard Nelson
U.S. Magistrate Judge



MAY 30 2001
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK